### STATE *vs.* BURCHINAL.

Disorderly houses; liability of persons for disorderly conduct in and about their stores.

The defendant was indicted for keeping a disorderly house.

It was proved that he was in the habit of selling liquor, and permitting it to be drank in his store, about which, there was frequently collected a crowd of persons, black and white, particularly on Saturday nights: that under the influence of liquor obtained at this store, they were noisy and riotous, cursing, swearing, dancing, and making loud noises, to the general disturbance of the neighborhood; as also, obstructing the streets, and jostling passengers: that this was done, not in the store, but on the footway and street in front of the store into which they were frequently seen passing and repassing, and where it was proved they bought the liquor.

On this evidence the defendant was convicted; and, after argument on a rule for a new trial, the court approved of the verdict.